(34 South. 475.)

No. 14,722.

STATE v. KALONE et al.

(May 11, 1903.)

CRIMINAL LAW—APPEAL BY STATE.

1. The state has no appeal from a judgment quashing the indictment in a · case where the-

110  360,
110  361
f110  362

punishment cannot be death or imprisonment at hard labor.

(Syllabus by the Court.)

Appeal from Judicial District Court, Parish of Avoyelles; Gregory Horatio Couvillon, Judge.

C. Kalone and others were indicted for illegal voting at an election. From a judgment quashing the information, the state appeals. Dismissed.

Walter Guion, Atty. Gen., and Joseph W. Joffrion, Dist. Atty. (Lewis Guion, of counsel), for the State. Adolph Valery Coco, for appellees.

PROVOSTY, J. The state has appealed from a judgment quashing the information against the defendants for aiding and abetting illegal voting at an election at which the question of local option was submitted; and the defendants have moved to dismiss the appeal on the ground that the jurisdiction of this court in criminal matters is limited to cases where "death or imprisonment at hard labor may be inflicted, or a fine exceeding $300, or imprisonment exceeding six months, is actually imposed," and that for the offense charged the highest punishment that may be inflicted is a fine of $1,000, or imprisonment without hard labor not exceeding one year. Evidently the motion is well founded. Death or imprisonment at hard labor cannot be inflicted, and a fine or imprisonment exceeding six months has not been actually imposed. The appeal is dismissed.

BLANCHARD, J., concurs.